

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00405-CR

Barry William **UHR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7090
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment is AFFIRMED.

SIGNED August 18, 2021.

_____
Lori I. Valenzuela, Justice